# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:10-CR-134-WSD** |
| | ) | **(Fourth Superseding Indictment)** |
| WILLIE DAREN DURRETT, | ) | |
| Defendant. | ) | |

## MOTION TO ADOPT

COMES NOW, Defendant Willie Daren Durrett (hereinafter "Durrett"), by and through undersigned counsel, and pursuant to Fed.R.Crim.P. 12(b)(3)(C), and moves in the above-referenced case to adopt Durrett's motions previously filed under the Third Superseding Indictment, to wit: *Defendant's First Particularized Motion to Suppress Evidence and Statements and Brief in Support*, (Doc. 106), and *Defendant's Motion to Suppress Identification with Brief in Support*, (Doc. 107).[1]

WHEREFORE, Defendant respectfully moves to adopt these motions under the above-referenced Indictment**.**

This 31st day of May, 2011.

> /s Bruce S. Harvey_____
> LAW OFFICES OF BRUCE S. HARVEY
> Attorney for Defendant
> Bruce S. Harvey, GA Bar No.  335175

---

[1]  Defendant further renews his request for an evidentiary and ***Jackson v. Denno*** hearing on these motions.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,    )
    )
v.    )   **CASE NO. 1:10-CR-134-WSD**
    )   **(Fourth Superseding Indictment)**
WILLIE DAREN DURRETT,    )
    Defendant.    )

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the above *Motion to Adopt* by electronically filing with

the Clerk of the Court by using CM/ECF, which will automatically send email notification of

such filing to the following:

> Susan Coppedge, AUSA
> Christopher C. Bly, AUSA
> U.S. Attorney's Office
> Suite 600 Richard Russell Building
> 75 Spring Street, S.W.
> Atlanta, Georgia 30303
> Lead Attorneys; Attorneys to be Noticed

   This 31st day of May, 2011.

> Respectfully submitted,
>
> */s Bruce S. Harvey*_____
> LAW OFFICES OF BRUCE S. HARVEY
> Bruce S. Harvey, Georgia Bar No. 335175
> 146 Nassau Street, NW
> Atlanta, GA 30303
> 404-659-4628
> Email: bruce@bharveylawfirm.com;
> joy@bharveylawfirm.com
> Lead Attorney/Attorney to be Noticed

2